IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER DALE GRAVES,

      Plaintiff,                    No. CIV S-07-0666 GEB CMK P

   vs.

B. WILLIAMS, et al.,

      Defendants.

_____/       ORDER

        Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  See 28 U.S.C. § 1914(a), 1915(b)(1).  Plaintiff has been without funds for six months and is currently without funds.  Accordingly, the court will not assess an initial partial filing fee.  See 28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account.  These payments shall be

1

1 collected and forwarded by the appropriate agency to the Clerk of the Court each time the
2 amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. See 28 U.S.C. §
3 1915(b)(2).

4     Plaintiff brings this action against defendants Brett Williams; Karen Todd; Kelley
5 Martinez; Hashimoto; Mario Sattah; W. Wullett; Chull Song; James C. Wilson and; Frank E.
6 Whitney.  Plaintiff alleges that defendants were deliberately indifferent to his need for medical
7 care for a broken finger in violation of the Eighth Amendment.

8     The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983
9 and 28 U.S.C. § 1915A(b) against defendants Karen Todd; Kelley Martinez; Hashimoto; Mario
10 Sattah; W. Wullett; Chull Song; James C. Wilson and; Frank E. Whitney.  If the allegations of
11 the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this
12 action.  The court, therefore, finds that service is appropriate for these defendants and will direct
13 service by the U.S. Marshal without pre-payment of costs.  Plaintiff is informed, however, that
14 this action cannot proceed further until plaintiff complies with this order.  Plaintiff is warned that
15 failure to comply with this order may result in dismissal of the action.  See Local Rule 11-110.

16     The complaint does not, however, state a cognizable complaint against defendant
17 Brett Williams.  Plaintiff has not linked defendant Williams to the alleged deprivation of his
18 Eighth Amendment rights.  See Ellis v. Cassidy, 625 F.2d 227 (9th Cir. 1980).  There can be no
19 liability under 42 U.S.C. § 1983 unless there is some affirmative link or connection between a
20 defendant's actions and the claimed constitutional violation.  See Rizzo v. Goode, 423 U.S. 362
21 (1976).  Vague and conclusory allegations of official participation in civil rights violations are
22 not sufficient.  See Ivey v. Board of Regents, 673 F.2d 266, 268 (9th Cir. 1982).  In the present
23 case, plaintiff presents no link between defendant Williams and the alleged constitutional
24 violation.

25 ///

26 ///

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. The fee shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections filed concurrently herewith.

3. Service is appropriate for the following defendants: Karen Todd; Kelley Martinez; Hashimoto; Mario Sattah; W. Wullett; Chull Song; James C. Wilson and; Frank E. Whitney.

4. The Clerk of the Court shall send plaintiff eight USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed April 9, 2007.

5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. nine copies of the endorsed complaint filed April 9, 2007.

6. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: April 19, 2007.

                                                                CRAIG M. KELLISON
                                                                UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff, | No. CIV |
| vs. |  |
|  | NOTICE OF SUBMISSION |
| Defendants. | OF DOCUMENTS |
| _____ / |  |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

 _____  completed summons form

 _____  completed USM-285 forms

 _____  copies of the _____
                     Complaint/Amended Complaint

DATED:

_____
Plaintiff