1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  PETER DALE GRAVES,
12          Plaintiff,                    No. CIV S-07-0666-GEB-CMK P
13      vs.
14  B. WILLIAMS, et al.,
15          Defendants.                   ORDER
16  _____/
17          Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff
18  seeks relief pursuant to 42 U.S.C. § 1983.
19          The court has determined that this action appears to state a cognizable claim for
20  relief against defendant M. Mallatt and directed plaintiff to provide documentation for service of
21  process by the United States Marshal. Plaintiff has submitted the required papers.
22          Accordingly, IT IS HEREBY ORDERED that:
23          1.      The Clerk of the Court is directed to forward the instructions for service of
24  process, the completed summons form(s), copies of the complaint, and a copy of this order to the
25  United States Marshal;
26  / / /

2. Within ten days from the date of this order, the United States Marshal is directed to notify defendant of the commencement of this action and to request a waiver of service of summons in accordance with the provisions of Federal Rule of Civil Procedure 4(d) and 28 U.S.C. § 566(c);

3. The United States Marshal is directed to retain the sealed summons and a copy of the complaint in their file for future use;

4. The United States Marshal shall file returned waivers of service of summons, as well as any requests for waivers that are returned as undelivered, as soon as they are received;

5. If a waiver of service of summons is not returned by a defendant within sixty days from the date of mailing the request for waiver, the United States Marshal shall:

    a. Personally serve process and a copy of this order upon the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c), shall command all necessary assistance from the California Department of Corrections to execute this order, and shall maintain the confidentiality of all information provided by the California Department of Corrections pursuant to this order;

    b. Within ten days after personal service is effected, the United States Marshal shall file the return of service for the defendant, along with evidence of any attempts to secure a waiver of service of summons and of the costs subsequently incurred in effecting service on said defendant;

    c. Costs incurred in effecting service shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the summons and amended complaint and for preparing new USM-285 forms, if required; and

        d.      Costs of service will be taxed against the personally served defendant in accordance with the provisions of Federal Rule of Civil Procedure 4(d)(2); and

      6.      Defendant shall reply to the complaint within the time provided by the applicable provisions of Federal Rule of Civil Procedure 12(a).

DATED: August 15, 2007.

*[signature: Craig M. Kellison]*

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE