IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER DALE GRAVES,

    Plaintiff,                     No. CIV S-07-0666-GEB-CMK P

   vs.

B. WILLIAMS, et al.,

    Defendants.              FINDINGS AND RECOMMENDATIONS

         Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

         Plaintiff filed his civil rights complaint on April 9, 2007. Pursuant to the screening order issued on April 23, 2007, plaintiff's complaint stated a cognizable claim as to all but one defendant listed in his complaint. On September 17, 2007, plaintiff was provided the opportunity to amend his complaint to allege a cognizable claim against that defendant, Brett Williams. On October 1, 2007, plaintiff filed a request to dismiss defendant Williams (Doc. 34).

///

///

///

1

1       The court construes plaintiff's October 1, 2007, filing as a request for voluntary
2 dismissal of defendant Williams pursuant to Federal Rule of Civil Procedure 41(a).  So
3 construed, the court will recommend that the request be granted and that this action be dismissed
4 against defendant Brett Williams only.  This case will continue as to the remaining defendants.
5       Based on the foregoing, the undersigned recommends that plaintiff's request for
6 voluntary dismissal of defendant Brett Williams be granted.
7       These findings and recommendations are submitted to the United States District
8 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 10 days
9 after being served with these findings and recommendations, any party may file written
10 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
11 Findings and Recommendations."  Failure to file objections within the specified time may waive
12 the right to appeal.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: November 1, 2007

                                                        **CRAIG M. KELLISON**
                                                        UNITED STATES MAGISTRATE JUDGE