IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER DALE GRAVES,

    Plaintiff,                        No. CIV S-07-0666-GEB-CMK P

    vs.

B. WILLIAMS, et al.,

    Defendants.                <u>ORDER</u>

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        Plaintiff filed a document entitled Plaintiff's Notice of Motion and Motion to conduct a Deposition on Officer R. Merritt on October 1, 2007. Plaintiff requests permission to hold the oral deposition of Correctional Officer R. Merritt, who is a witness and not a party to this action. In view of the logistical problems inherent in the taking of a deposition within a prison, and pursuant to its authority to order such terms as will provide for the safe and expeditious taking of depositions, this court will deny plaintiff's request to take Officer Merritt's oral deposition but will grant plaintiff leave to proceed with the deposition by written questions.

/ / /

If plaintiff chooses to proceed in this manner he may submit a list of questions for the witness to this court, with appropriate copies served on defendants, within thirty days from the date of this order.  Defendants will then have thirty days in which to object to any questions, and submit questions of their own.  Plaintiff may object to proposed cross-examination questions within the next fourteen days.  Upon the submission of all questions and objections thereto, the court will issue a further order ruling on the objections and forwarding all permissible questions to the witness, who will be directed to respond.  Counsel for defendants will be ordered to provide such assistance as is required within and without the prison to effectuate this order.  If redirect and recross-examination questions are desired by either party under Fed. R. Civ. P. 31(a), the party shall notify the court forthwith and provision will be made therefor.

In view of the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to take defendants' oral depositions is denied;

2. Plaintiff is granted leave to take defendants' depositions by written questions;

3. Within 30 days of the date of this order, plaintiff shall file and serve proposed deposition questions;

4. Within 30 days of the date of service of plaintiff's proposed questions, defendants may file and serve objections and questions of their own;

5. Within 14 days of the date of service of any objections and proposed questions by defendants, plaintiff may file and serve his objections;

6. Following submission of all questions and objections, the court will issue a further order ruling on objections and forwarding permissible questions to the witness;

7. Upon receipt of the questions, witness Merritt shall write out answers in the form provided by plaintiff and return them to the court no later than fourteen days after service by the Clerk;

///

1   8. Upon receipt of the answers, the Clerk shall serve the parties with copies of the answers; and

2   9. The parties shall inform the court forthwith whether they wish to depose the witness further by redirect and/or recross-examination questions. Upon such notification the court will make provision for further questioning.

DATED: November 2, 2007

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE