1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PETER DALE GRAVES,

12             Plaintiff,                    2:07-cv-0666-GEB-CMK-P

13        vs.

14   B. WILLIAMS, et al.,

15             Defendants.             <u>ORDER</u>

16   _____/

17        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis.  Plaintiff

18   seeks relief pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

19   Judge pursuant to Eastern District of California local rules.

20        On November 11, 2007, the magistrate judge filed findings and recommendations

21   herein which were served on the parties and which contained notice that any objections to the

22   findings and recommendations were to be filed within 10 days.  No objections to the findings and

23   recommendations have been filed.

24        The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.

26   / / /

1

1       Accordingly, IT IS HEREBY ORDERED that:

2               1.      The findings and recommendations filed November 1, 2007, are adopted

3  in full;

4               2.      Defendant Brett Williams is dismissed from this action; and

5               3.      This action will proceed against the remaining defendants.

6  Dated:  December 11, 2007

7

8                                                          _____
                                                           GARLAND E. BURRELL, JR.
9                                                          United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2