IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER DALE GRAVES,

    Plaintiff,                    No. CIV S-07-0666-GEB-CMK P

    vs.

B. WILLIAMS, et al.,

    Defendants.            <u>ORDER</u>

                             /

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendant Mallat's motion to dismiss (Doc. 52). This matter was set for oral argument on January 29, 2008. However, pursuant to Eastern District of California Local Rule 78-230, motions filed in cases where one party is incarcerated and proceeding in propria persona are submitted on the record without oral argument.

       Accordingly, the hearing on the motion to dismiss set for January 29, 2008 is hereby taken off calendar, and this matter is submitted.

       IT IS SO ORDERED.

DATED: January 24, 2008

                                                            **CRAIG M. KELLISON**
                                                            UNITED STATES MAGISTRATE JUDGE