IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER DALE GRAVES,

        Plaintiff,                       No. CIV S-07-0666-GEB-CMK P

    vs.

B. WILLIAMS, et al.,

        Defendants.               <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief pursuant to 42 U.S.C. § 1983. Pursuant to the order of this court (Doc. 44) filed November 2, 2007, plaintiff has submitted direct questions for the deposition by written questions of correctional officer R. Merritt (Doc. 47). Defendants have also submitted questions for cross-examination (Doc. 51), and have filed objections to two of plaintiff's proposed questions (Doc. 50).

        Defendants object to plaintiff's proposed questions numbers 29 and 30. As to question 29, defendants object on the grounds that the question calls for speculation and lacks foundation. This objection is sustained. As to question 30, defendants object on the grounds that the question is incomplete, lacks foundation, assumes facts not in evidence, and is argumentative.

1

Although question 30 may be speculative and seek inadmissible hearsay, defendants do not object to the question on those grounds.  Defendants objections are overruled.

The court now orders the clerk to forward a copy of the questions to the deponent (Docs. 47 and 51) along with a subpoena issued by the court and a copy of this order.  The deponent shall write out the answers to the questions for which objections have not been sustained, swear to their truthfulness, and return them to the court within 30 days of the date of this order.  The clerk shall then forward copies of the answers to the parties.  Counsel for defendants are ordered to provide such assistance as is required within the prison to effectuate this order.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is ordered to forward the subpoena, a copy of this order, and a copy of the written deposition questions (Docs. 47 & 51) to correctional officer R. Merritt, c/o Litigation Coordinator, Mule Creek State Prison, P.O. Box 409099, Ione, CA, 95640;

2. Mr. Merritt shall return the answers to the questions pursuant to subpoena to the court no later than thirty days after the date of this order; and

3. Upon receipt of the deposition answers, the clerk of the court shall forward copies to the parties.

DATED: February 20, 2008

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE