IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER DALE GRAVES,

        Plaintiff,                      2:07-cv-0666-GEB-CMK-P

    vs.

B. WILLIAMS, et al.,

        Defendants.             ORDER

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On June 16, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. Timely objections to the findings and recommendations have been filed.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by

1

proper analysis.

        Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 16, 2008, are adopted in full;

2. Defendant Mallat's motion to dismiss is granted;

3. Defendant Mallat is dismissed from this action;

4. This action proceeds against the remaining defendants; and

5. This matter is referred back to the magistrate judge for further proceedings.

Dated: July 24, 2008

```
GARLAND E. BURRELL, JR.
United States District Judge
```

2