1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  PETER DALE GRAVES,

12              Plaintiff,              No. CIV S-07-0666-GEB-CMK P

13        vs.

14  B. WILLIAMS, et al.,

15              Defendants.            <u>ORDER</u>

16  _____/

17            Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18  to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request for answers (Doc. 108).  The

19  court granted plaintiff leave to take the deposition of a witness, R. Merritt, by written questions.

20  On February 21, 2008, the court issued an order, together with a subpoena and a copy of the

21  written deposition questions, directing correctional officer Merritt to provide answers to the

22  questions to the court within 30 days.

23            In his request, plaintiff indicates that he was in contact with the litigation

24  coordinator at Mule Creek State Prison, and that the litigation coordinator indicated that

25  correctional officer Merritt's answers had been sent to the court.  Plaintiff also states that he

26  received an incomplete set of responses from the Deputy Attorney General; that answers to

1

1    questions 18 through 27 were missing.   Accordingly, plaintiff is requesting from the court a

2    complete copy of the responses from correctional officer Merritt.

3            To date, the court has not received copies of the responses from officer Merritt as

4    directed.  However, in reviewing the proposed questions plaintiff submitted, the court has

5    discovered that page 3, containing questions numbered 18 through 27, was not properly scanned

6    into the docket.  This error has been resolved, and page 3 is now included in plaintiff's "Written

7    Questions to Depose Correctional Officer R. Merritt" (Doc. 47).  Accordingly, the defendants

8    will be directed to respond to the additional proposed questions on page 3, and file any objections

9    they have, or a notice of no objection, within 20 days.  Once the defendants have responded to

10    the additional proposed questions, the court will issue a further order ruling on any objections

11    received and forwarding all permissible questions to the witness, who will be directed to respond.

12    Counsel for the defendants will again be requested to provide such assistance as is required

13    within and without the prison to effectuate this order.

14            Accordingly, IT IS HEREBY ORDERED that:

15            1.     Defendants shall respond to the additional questions contained on page 3

16    of Document 47, and notify the court if there are any objections to these questions within 20 days

17    of the date of service of this order;

18            2.     Within 15 days of the date of service of any objections, plaintiff may file

19    and serve a response;

20            3.     Following submission of any objections and response thereto, the court

21    will issue a further order ruling on the objections and forwarding the permissible questions to the

22    witness;

23            4.     Upon receipt of the questions, witness Merritt shall write out answers in

24    the form provided by plaintiff and return them to the court no later than 14 days after service by

25    the Clerk;

26    / / /

1          5.      Upon receipt of the answers, the Clerk shall serve the parities with copies

2    of the answers; and

3          6.      The parties shall inform the court forthwith whether they wish to depose

4    the witness further by redirect and/or recross-examination questions.  Upon such notification the

5    court will make provisions for further questioning.

6

7    DATED: November 19, 2008

8                                                    _____

9                                                    **CRAIG M. KELLISON**
                                                     UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26