IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER DALE GRAVES,

    Plaintiff,                      No. CIV S-07-0666-GEB-CMK P

    vs.

B. WILLIAMS, et al.,

    Defendants.            <u>ORDER</u>

                              /

          Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff has requested the opportunity to depose three treating physicians, Drs. Allen, Pepper and Tanji. The court has received plaintiff's proposed deposition questions for Drs. Allen, Pepper and Tanji. The court has also received objections to the questions from the defendants. However, the court has not received any proposed questions from the defendants. In reviewing the docket, it does not appear that the defendants were advised of the ability to submit proposed questions for the doctors.

          Accordingly, if the defendants wish to submit proposed questions for the written deposition of Drs. Allen, Pepper and/or Tanji, they may do so within 10 days of the date of this order.

1

1 In addition, plaintiff has provided the court with the proposed questions for his
2 treating physicians, and addresses for two of the doctors.  However, he has not provided the court
3 with an address for Dr. Allen.  If plaintiff wishes to depose the doctors by written question, he
4 must provide the court with the location information of each doctor within 15 days of the date of
5 service of this order.
6         IT IS SO ORDERED.

 DATED: December 15, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE