IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER DALE GRAVES,

    Plaintiff,                      No. CIV S-07-0666-GEB-CMK P

    vs.

B. WILLIAMS, et al.,

    Defendants.                  ORDER

                               /

           Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. On December 23, 2008, the court issued an order providing plaintiff with a blank subpoena to obtain copies from his prison medical file. Plaintiff was ordered to return the subpoena properly filled out, and the court would forward it to the United States Marshal for service. Plaintiff has returned the subpoena to obtain copies from his prison medical file. He has also submitted a subpoena to obtain copies of his medical records from U.C. Davis Medical Center.[1]

---

[1] Plaintiff has also filed a request for responses to his written deposition questions posed to correctional officer Merritt, along with a subpoena purportedly to obtain copies of those answers. The court has notified plaintiff that page two of his declaration was not included in his filing. The court is assuming that page two contained additional information plaintiff wished to

1

It appears to the court that discovery should be about complete in this matter. Discovery has been opened and proceeding since July 26, 2007. (See Doc. 23). However, due to delays in serving the defendants in this matter, no scheduling order issued prior to the defendants filing motions for summary judgment. Therefore, the court now finds it necessary to set a schedule for the parties to complete any outstanding discovery. Any new discovery requests shall be served no later than March 30, 2009. Any motions necessary to compel discovery responses and/or further responses shall be filed by May 29, 2009. Following the closure of discovery, the court will order plaintiff to file his response in opposition to the pending motions for summary judgment.[2]

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to issue the subpoenas plaintiff has provided for obtaining copies and/or inspection of his medical records, addressed to Mule Creek State Prison Medical Department and U.C. Davis Medical Center;

2. The Clerk of the Court is further directed to forward the above noted subpoenas and a copy of this order to the United States Marshal for service;

3. Within twenty days of the date of this order, the United States Marshal is directed to serve the subpoenas on the appropriate entity in accordance with the provisions of

---

to provide to the court. Therefore, plaintiff will be provided time to resubmit this declaration prior to the court issuing any ruling on his request. However, to the extent plaintiff is requesting the court issue a subpoena to correctional officer Merritt to obtain responses to the deposition questions, the court declines to issue such a subpoena as that is not the proper method to receive further responses. Once the court receives a complete declaration, the defendants will be requested to file a response to plaintiff's request. At this time, it is not clear to the court what plaintiff is requesting. To the extent plaintiff is requesting officer Merritt's original responses, that request would likely be denied as the rules make no provision for plaintiff to obtain the originals in the written deposition context. To the extent plaintiff is claiming he has not received any responses, or incomplete responses, in response to the written deposition questions submitted to officer Merritt, the court will request a response from defense counsel. However, no order will issue at this time on plaintiff's request/motion, as the declaration is not complete.

[2] The motions for summary judgment were continued pursuant to Rule 56(f) to allow plaintiff the opportunity to take the deposition of officer Merritt and his treating physicians. (See Doc. 81).

1 | Federal Rule of Civil Procedure 45;

2 |     4. Any new requests for discovery shall be served on the opposing party no later than March 30, 2009; and

4 |     5. Any motions necessary to compel discovery responses shall be filed no later than May 29, 2009.

DATED: March 4, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE