1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PETER DALE GRAVES,

12              Plaintiff,                    No. CIV S-07-0666-GEB-CMK P

13        vs.

14   B. WILLIAMS, et al.,

15              Defendants.                   ORDER

16   _____/

17              Plaintiff is a prisoner who is proceeding pro se and in forma pauperis.  Plaintiff

18   seeks relief pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request to

19   submit additional deposition questions to Dr. Allen (Docs. 141-144).

20              Plaintiff was granted permission to depose his treating physicians through written

21   deposition questions.[1]  Dr.  Allen was served with plaintiff's questions on January 15, 2009.  Dr.

22   Allen responded to plaintiff's questions, which were received by the court on February 2, 2009.

23   Copies of Dr. Allen's answers were sent to the parties.  Plaintiff now indicates he has some

24   follow up questions to clarify some of his original questions which Dr. Allen apparently found

25   _____

26          [1]       The court has received responses from both Dr. Allen and Dr. Pepper.  Once the
     court received the responses, the parties were provided copies.

                                              1

confusing.

Plaintiff's request to send additional questions to Dr. Allen will be granted. Defendants will have 20 days in which to object to any of plaintiff's questions, and submit questions of their own. Upon the submission of all questions and objections thereto, the court will issue a further order ruling on the objections and forwarding all permissible questions to Dr. Allen, who will be directed to respond.[2] Following this second set of questions, no additional requests for written deposition questions for Dr. Allen will be entertained.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to submit a second set of deposition questions to Dr. Allen is granted;

2. Defendants may file objections to any of plaintiff's proposed questions, and submit questions of their own, within 20 days of the date of service of this order; and

3. Any additional follow-up questions for plaintiff's other doctors must be submitted within 20 days of the date of service of this order.

DATED: March 4, 2009

_Craig M. Kellison_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

---

[2] By separate order, the court will set a deadline for any additional discovery requests. In addition, if plaintiff wishes to submit any additional questions for his other doctors, he must do so within 20 days of the date of service of this order.