IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER DALE GRAVES,                      No. CIV S-07-0666-GEB-CMK P

        Plaintiff,

   vs.                                  ORDER TO SHOW CAUSE

B. WILLIAMS, et al.,

        Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief pursuant to 42 U.S.C. § 1983. On January 15, 2009, the court issued a subpoena to Dr. Jeffrey L. Tanji, commanding him to answer deposition questions proposed by plaintiff in this matter. The subpoena, questions, and order authorizing the questions were served on Dr. Tanji via United States Certified Mail. Plaintiff has informed the court that he has not received any response from Dr. Tanji. A review of the court docket indicates the court has also not received any response.

        Accordingly, Dr. Tanji will be required to show cause in writing, within 30 days of the date of service of this order, why he should not be held in contempt of court for his failure to respond to the January 15, 2009, subpoena and court order. See Fed. R. Civ. P. 45(e). In an abundance of caution, to ensure Dr. Tanji is given the benefit of doubt whether he received the

1

subpoena and court order, the court will direct the United States Marshal to personally serve Dr. Tanji with a copy of this order, the court's order issued January 15, 2009 (Doc. 131), the subpoena issued January 15, 2009 (Doc. 131-4), and plaintiff's questions to Dr. Tanji (Doc. 100). The address plaintiff has provided the court for service of the above on Dr. Tanji is:

> Dr. Jeffrey L. Tanji
> U.C. Davis Regional Outreach Center of Health & Technology
> Department of Sports Medicine
> 2500 Stockton Blvd., Ste 3300
> Sacramento, CA 95817-1415

The Clerk of the Court will be directed to provide the United States Marshal with the above documents.

To be in compliance with this order, Dr. Tanji may either (1) file a return to this order to show cause; or (2) answer the subpoena, in which case the order to show cause will be discharged.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall provide the United States Marshal a copy of this order, the court's order issued January 15, 2009 (Doc. 131), the subpoena issued January 15, 2009 (Doc. 131-4), and plaintiff's questions to Dr. Tanji (Doc. 100);

2. The United States Marshal shall personally serve the above named documents on Dr. Tanji at the address provided above, within 15 days of the date of this order;

3. Within 10 days of serving Dr. Tanji, the United States Marshal shall file a certificate of personal service with the court;

4. Dr. Tanji shall show cause in writing, within 30 days of the date of personal service of this order, why he should not be held in contempt of court for his failure to respond to the January 15, 2009, subpoena and court order; and

///

///

///

5. Within the time provided herein, Dr. Tanji may either (1) file a return to this order to show cause; or (2) answer the subpoena, in which case the order to show cause will be discharged.

DATED: May 4, 2009

                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE