IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER DALE GRAVES, | No. CIV S-07-0666-GEB-CMK P |
| Plaintiff, | |
| vs. | ORDER |
| B. WILLIAMS, et al., | |
| Defendants. | |
|                            / | |

       Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief pursuant to 42 U.S.C. § 1983. On May 5, 2009, the court issued an order to show cause to Dr. Tanji requiring Dr. Tanji to show cause why he should not be held in contempt of court for his failure to respond to the court's previous order and subpoena. Dr. Tanji was allowed to respond to the order to show cause by either filing a return or answering the subpoena.

       On June 8, 2009, the court received Dr. Tanji's answers to Plaintiff's written questions, which were the subject of the subpoena. This response from Dr. Tanji was a sufficient response to the order to show cause.

/ / /

/ / /

1

1      Accordingly, the May 5, 2009, order to show cause is discharged.  The Clerk of

2 the Court is directed to send a copy of this order to Dr. Tanji addressed as follows:

3      Dr. Jeffrey L. Tanji
       U.C. Davis Regional Outreach Center of Health & Technology
4      Department of Sports Medicine
       2500 Stockton Blvd., Ste 3300
5      Sacramento, CA 95817-1415

6      IT IS SO ORDERED.

8  DATED:  June 11, 2009

10                                   _____
                                     **CRAIG M. KELLISON**
                                     UNITED STATES MAGISTRATE JUDGE